IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    NO. 4:15CR00101 JM |
| | ) |
| ANOTHONY MARKEITH KING et al. | ) |

## DEFENDANT KRISTIN RAINES' INTENT TO OFFER EXPERT MEDICAL TESTIMONY AT TRIAL

**COMES NOW** Defendant Kristin Raines ("Ms. Raines"), by and through her counsel Charles Hicks and Debby Ferguson and Jack Nelson Jones, P.A., respectfully states as follows:

Pursuant to Federal Rule of Criminal Procedure 16, Ms. Raines hereby informs the United States of her intent to use at trial the expert that follows: Advanced Practice Registered Nurse ("APRN") Lindsey Gillum ("Ms. Gillum"). Ms. Raines anticipates offering the testimony of Ms. Gillum concerning the standard of care of APRNs practicing in this and other similar communities. A Curriculum Vitae for Ms. Gillum is attached hereto.

Ms. Gillum received her Bachelor's of Nursing from the University of Arkansas for Medical Sciences and her Masters of Science from Indiana State University. She has significant experience as an APRN - collaborating with doctors, nurses, and other medical professionals in her management of patient care. Ms. Gillum has developed nursing policies and procedures, and has ample knowledge of the appropriate standard of care to be exhibited by APRNs in this community and others similar to it.

Ms. Raines anticipates that the United States will attempt to demonstrate that she issued prescriptions without a legitimate medical purpose by providing expert testimony and/or other evidence purporting Ms. Raines violated the standard of care that should be exhibited by an APRN in this community. Ms. Raines further anticipates the United States will attempt to prove

Ms. Raines conspired with other Defendants to issue such prescriptions. Accordingly, Ms. Raines expects that Ms. Gillum will give testimony based upon the evidence and records thus far produced by the government and upon her education that Ms. Raines acted in this case within the expected standard of care expected of nurses in her community. Further, it is expected that Ms. Gillum will testify that she is well aware of the standard of care to be exhibited by nurses in this community and others similar to it. Finally, it is expected that Ms. Gillum will respond to testimony offered by other experts, including but not limited to those identified by the government thus far.

Respectfully submitted,
Charles R. Hicks
111 Center St., Ste. 1200
Little Rock, AR 72201
Ark. Bar # 371-0068
(501) 371-0068

Debby Linton Ferguson
JACK NELSON JONES, P.A.
2800 Cantrell Rd., Ste. 500
Little Rock, AR 72202
(501) 707-5533

By: /s/Debby Linton Ferguson
Debby Linton Ferguson #2001146

## CERTIFICATE OF SERVICE

I, Debby Linton Ferguson, do hereby certify that a copy of the foregoing pleading has been sent *via* electronic filing requirements this the 21st day of July, 2016, to all counsel of record:

/s/Debby Linton Ferguson
Debby Linton Ferguson

**Lindsey Gillum**
lindseyjgillum@gmail.com
Updated: July 7, 2016

16 Riding Rd.
Little Rock, AR 72227
(501) 580-6282

**STATEMENT**	A Nurse Practitioner who uses excellent communication skills and experience with technology to facilitate a safe, compassionate patient care experience. Assisting patients in redefining and achieving health is considered a priority while treating each patient.

**EDUCATION**	Master of Science- Family Nurse Practitioner December 2010
Indiana State University
Overall GPA: 3.8/4.0

Bachelor of Science in Nursing, May 2007
University of Arkansas for Medical Sciences, Little Rock, AR
Overall GPA: 3.3/4.0

Bachelor of Arts in Biology, May 2004
Hendrix College, Conway, AR
Overall GPA: 3.0/4.0

**SKILLS/ LICENSURE**

- Certified by Aesthetics Council for use of Botox and Derm Fillers
- Member of hCG Diet Council, certified by Council as provider for hCG diet services.
- Advanced Nurse Practitioner, Family Nurse Practitioner by ANCC
- Registered Professional Nurse
- CPR, AED, First Aid Certified Instructor
- Nursing clinical skills in Psychiatric, Obstetric, Pediatric, and Adult Health
- Computer: Word Perfect, Microsoft Word, Excel, Logician, E-Chart , E-Mar, E-ClinicalWorks
- Blackboard Learning Proficient
- AHA BLS Course Instructor

**WORK EXPERIENCE**

**HouseCall**
**Little Rock, AR September 2015-Current**
- Owner of Concierge-Style Healthcare Practice
- Provides health care and wellness services to clients using both at-home and in-clinic delivery models
- Use of medical technology by incorporating genomics to enhance healthcare and wellness
- Actively decreasing the obesity epidemic and secondary co-morbities by providing patients with comprehensive weight loss programs with lifestyle and nutrition modification.

**Advanced Nurse Practitioner-Arkansas Children's Hospital**
**Little Rock, AR , April 2013- September 2015**
- Provided family centered care to ages birth-18 years old at Arkansas Children's Hospital Outpatient Clinic
- Ensured follow up, referral, and care coordination for patient base of over 300 patients
- Collaborated with team of MD's, nurses, various therapists and other medical professionals
- Managed care of patients using up to date/current research models
- Specialty clinic coverage includes Latino Clinic at ACH specializing in needs of the Hispanic pediatric and family populations

**Advanced Nurse Practitioner/Board Member- Grow Learning Centre (GLC)**
**Little Rock, AR, August 2011-December 31, 2012**
- Developed CHMS program from ground up including brand creation and marketing
- Developed GLC policies and procedures, supply ordering, decision making, creator of intake processes
- Developed nursing policies and procedures for CHMS clinics in coordination with Arkansas Children's Hospital

- Provided nursing care to children with advanced medical needs in conjunction with Arkansas Children's Hospital Medical Home
- Preceptor to Masters and Doctoral nursing candidates
- Providing patient care to enhance the lives of each family and child so that the child will function to the best of his/her ability

**Advanced Nurse Practitioner- St. Vincent WalMart Clinics**
Little Rock, AR, December 2010-May 2012
- Served as Family Nurse Practitioner in Urgent Care setting
- Received Outstanding Reviews from SVI, and clients regarding care of provider while serving patients at this setting
- As PRN employee, worked 5 days/week

**RNII, Arkansas Children's Hospital 5EMed/4Neuro/5Rehab**
Little Rock, AR, May 2007-September 2010
- Served as Team Leader (Charge Nurse)
- Provided consistent, safe, compassionate care for patients 0-21 years of age
- Practiced as part of a collaborative nursing team including preceptor positions to new team members
- Quality Practice and Evidenced Based Practice committee member
- Frontline Leadership Academy through ACH- Harvard Based Graduate 2010

**Patient Care Partner, Arkansas Children's Hospital Unit 4Neuro**
Little Rock, AR, May 2006-May 2007
- Performed nursing assessments in clinical settings under supervision of an RN
- Performed delegated duties from an RN

**CARF/HIPAA Coordinator, Pediatric Specialty Care, Inc.**
Little Rock, AR, August 2004-June 2005

- Established protocols for successful CARF certification for 12 site pediatric psychiatric facility
- Ensured clinical compliance of HIPAA and CARF standards

**HONORS AND ACTIVITIES**

Daisy Award Nominee
Member of National Student Nursing Association
Bob Courtway Leadership Award, Hendrix College
Junior League of Little Rock Provisional Member
Honor Roll Academic Years 2001-2006
Volunteer work for Central Arkansas Rescue Effort