IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 4:15CR00101 JM |
| | ) | |
| ANOTHONY MARKEITH KING et al. | ) | |

**DEFENDANT KRISTIN RAINES' INTENT TO OFFER EXPERT MEDICAL TESTIMONY AND NOTICE TO OFFER TESTIMONY OF CHARACTER WITNESS AT TRIAL**

**COMES NOW** Defendant Kristin Raines ("Ms. Raines"), by and through her counsel Charles Hicks and Debby Ferguson and Jack Nelson Jones, P.A., respectfully states as follows:

Pursuant to Federal Rule of Criminal Procedure 16, Ms. Raines hereby informs the United States of her intent to use at trial the expert that follows: Dr. D. Andrew Henry ("Dr. Henry"). Ms. Raines anticipates offering the testimony of Ms. Gillum concerning the standard of care of an APRN prescribing controlled substances and practicing in this and other similar communities. Further, it is anticipated that Dr. Henry will offer testimony regarding the character of Ms. Raines, pursuant to Federal Rule of Evidence 404(a)(2)(A).

Dr. Henry graduated Magna Cum Laude from Rice University and subsequently attended the University of Arkansas for Medical Sciences in Little Rock ("UAMS"), where he ranked first in his graduating class. He remained at UAMS Department of Medicine throughout his Internship and Residency, and completed his Fellowship at the UAMS Cardiology Clinic. After practicing general medicine and cardiology in Russellville, AR from 1985 to 1987, Dr. Henry joined the Arkansas Heart Hospital Clinic. Dr. Henry is Board Certified in General and Interventional Cardiology.

### *Notice of Intent to Offer Expert Testimony of Dr. Henry*

Ms. Raines anticipates that the United States will attempt to demonstrate that she issued prescriptions without a legitimate medical purpose by providing expert testimony and/or other evidence purporting that Ms. Raines violated the standard of care that should be exhibited by an APRN in this community. It is additionally anticipated the United States will attempt to prove Ms. Raines conspired with other Defendants to issue such prescriptions.

Accordingly, Ms. Raines expects that Dr. Henry will give testimony based upon the evidence and records thus far produced by the government and upon his education and experience that Ms. Raines acted in this case within the expected standard of care of a nurse issuing prescriptions for controlled substances in this community. It is also expected that Dr. Henry will testify that he is well aware of the standard of care to be exhibited by prescribing medical professionals in this community and others similar to it. It is further expected that Dr. Henry will respond to testimony offered by other experts, including but not limited to those identified by the government thus far.

### *Notice of Intent to Offer Dr. Henry as Character Witness*

The allegations levied by the government necessarily call into question the character and ethics of Ms. Raines, both on a personal and professional level. Accordingly, Ms. Raines anticipates that Dr. Henry will additionally act as a character witness, providing testimony regarding Ms. Raines' personal and professional character and ethical values.

Dr. Henry has known Ms. Raines for years and is familiar with the personality and character of Ms. Raines. Dr. Henry is also familiar with the professional character and ethics of Ms. Raines. Ms. Raines worked directly with Dr. Henry at the Little Rock Cardiology Clinic and at the Arkansas Heart Hospital. Therefore, it is anticipated that Dr. Henry will testify concerning

the character of Ms. Raines, and that the behavior the government alleges is an activity in which

Ms. Raines would not participate based on her personal ethics and character.

Respectfully submitted,
Charles R. Hicks
111 Center St., Ste. 1200
Little Rock, AR 72201
Ark. Bar # 371-0068
(501) 371-0068

Debby Linton Ferguson
JACK NELSON JONES, P.A.
2800 Cantrell Rd., Ste. 500
Little Rock, AR 72202
(501) 707-5533

By: /s/Debby Linton Ferguson
    Debby Linton Ferguson #2001146

## CERTIFICATE OF SERVICE

I, Debby Linton Ferguson, do hereby certify that a copy of the foregoing pleading has been sent *via* electronic filing requirements this the 14th day of July, 2016, to all counsel of record:

/s/Debby Linton Ferguson
Debby Linton Ferguson

## Curriculum Vitae
### D. Andrew Henry, M.D. FACC

**Home Address:**
3700 Garrison Road
Little Rock, AR
72223

**Office Address:**
# 7 Shackleford West Blvd.
Little Rock, AR
72211

**Date of Birth:**
May 1, 1953

**Birth Place:**
Russellville, AR

**Marital Status:**
Married

**College:**
Rice University (9/71-6/75)
Houston, TX
BA in Biology
Graduated "Magna cum Laude:  (1976)
Phi Beta Kappa  (1974)

**Medical School:**
University of Arkansas Medical Science
Little Rock, Arkansas  (9/75-6/79)
Alpha Omega Alpha  (1978)
Ranked First in Graduating Class

**Internship/Residency:**
University of Arkansas Medical Sciences
Department of Medicine July 1979 – June 1982)
Board Certified:  American Board of Medicine
(1982-Present)

**Fellowship:**
University of Arkansas Medical Science
Cardiovascular Division July 1982 – June 1985
Instructor in Medicine  (1982-Present)

**Private Practice:**
Arkansas Heart Hospital Clinic (5/87-Present)
Russellville (8/85-5/87)

**Medical License:**
C-5570

**DEA:**
AH2008503

**Board Certification:**
American Board of Internal Medicine
Board Certified Internal Medicine – 1982

| **Board Certification:** | American Board of Internal Medicine<br>Board Certified Cardiovascular Disease – 1985<br>Recertification Board Certified Cardiovascular<br>Disease – 1993 |
| | |
| | American Board of Internal Medicine<br>Board Certified Interventional Cardiology - 1999 |

| **Hospital Affiliations:** | Arkansas Heart Hospital<br>St. Vincent Infirmary<br>Baptist Medical Center<br>Doctors Hospital<br>St. Mary's Medical Center<br>Dallas County Hospital |

**Continuing Medical Education:**

| 03/2007 | American College of Cardiology Foundation<br>CT Angiography | 26.5 |
| 10/2007 | EchoSAP5/AMCC | 31.0 |
| Nov/Dec 2007 | MedSCAPE/Cardiovascular | 3.0 |
| February 2008 | Coronary CTA Advanced Course<br>CVCT Training Institute | 24.0 |
| Mar/Jun/July 2008 | MedSCAPE/Cardiovascular | 1.5 |
| Sept/Oct/Nov/Dec 2008 | NE Journal of Medicine<br>MedSCAPE | 7.25 |
| March/July 2009 | MedSCAPE/Cardiovascular | 1.0 |
| Nov/December 2009 | CathSAP3 - American College of Cardiology | 26.75 |
| Jan/Feb 2010 | CathSap3 – American College of Cardiology | 5.5 |