IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                                     4:15CR000101 JM

KRISTIN L. RAINES

## VERDICT NO. 2

On the charge of conspiracy to distribute and dispense a controlled substance without and effective prescription, as set out in Count 1 of the Second Superseding Indictment, we, the jury, find the Defendant, KRISTIN L. RAINES ___Guilty___ .

("Guilty" or "Not Guilty")

_____
FOREPERSON

___8/12/16___
DATE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                                4:15CR000101 JM

KRISTIN L. RAINES

## VERDICT NO. 4

On the charge of distribution of a controlled substance, as set out in Count 2 of the Second Superseding Indictment, we, the jury, find the Defendant, KRISTIN L. RAINES _Not Guilty_.

("Guilty" or "Not Guilty")

_____
FOREPERSON

_8/12/16_
DATE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                                          4:15CR000101 JM

KRISTIN L. RAINES

## VERDICT NO. 5

On the charge of distribution of a controlled substance, as set out in Count 3 of the Second Superseding Indictment, we, the jury, find the Defendant, KRISTIN L. RAINES _Not Guilty_.

("Guilty" or "Not Guilty")

_____
FOREPERSON

8/12/16
DATE